

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLA ISHKIRAT,<br>TAWFIK SALMAN,<br>   aka "Mike",<br>LARRY MONEYHAM, and<br>LONNIEL NELSON, JR.,<br>   aka "Rudy" | Case No. 1:25-cr-00562<br>Judge Robert W. Gettleman<br>Magistrate Judge Gabriel A. Fuentes<br>RANDOM / Cat. 4<br><br>Violation: Title 18, United States Code, Section 844(i)<br><br><u>UNDER SEAL</u> |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about May 31, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

        ALLA ISHKIRAT,
   TAWFIK SALMAN, aka "Mike",
    LARRY MONEYHAM, and
LONNIEL NELSON, JR., aka "Rudy,"

defendants herein, did maliciously damage and destroy and attempt to damage and destroy, by means of fire, a building and real property used in interstate commerce and in any activity affecting interstate commerce, namely, the Super Giant Groceries, located at 5147 W. Division in Chicago, Illinois;

In violation of Title 18, United States Code, Sections 844(i) and 2.

                                                    A TRUE BILL:

                                                    _____

                                                      FOREPERSON

_____
United States Attorney